UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN -7 PM 4: 34
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JERAMIE THOMAS LESLIE,<br>JOHN CHRISTOPHER PAULSON,<br>WILLIAM PRESTON GIBBS,<br>JEREMIAH J. RICHARDSON,<br>JASON TODD SMITH,<br>JEREMY NICHOLAS TAYLOR,<br>SAMORI JORDAN SMOKES,<br>SCOTT LAMONT POINTER,<br>TIMOTHY WAYNE DAVIS,<br>CHRISTOPHER GAGE FLOYD,<br>KENNETH JORDAN LANE,<br>JEFFERY JAMES TAYLOR,<br>CASANDRA RAE HENDRIX, aka<br>"CASEY", and<br>KAYLA ESTELL RERICHA,<br><br>Defendants. | INDICTMENT NO.: _____<br><br>CR616-010 |

## ORDER

Based upon the Motion to Seal, filed by the United States of America, and for good cause shown therein, it is hereby ORDERED:

That the above-styled Indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 7th day of June, 2016.

_____
HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA