# In the United States District Court for the Southern District of Georgia Statesboro Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY NICHOLAS TAYLOR | CR616-10 |

### AMENDED ORDER

Before the Court is defense counsel's Consent Motion to Continue the final Revocation hearing currently scheduled for September 28, 2023 (Dkt. No. 537). After consideration, the motion is hereby GRANTED. The Final Revocation Hearing currently scheduled for September 28, 2023 is rescheduled to Thursday, October 5, 2023 at 10:30 am at the Federal Courthouse in Brunswick, Ga.

**SO ORDERED**, this 26th day of September, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA