GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Jeremy Nicholas Taylor | ) | |
| | ) | Case Number:   6:16CR00010-6 |
| | ) | USM Number:   21620-021 |
| | ) | |
| | ) | Jimmy Thomas Howell, Jr. |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard and special conditions of the term of supervision.

■ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | You must refrain from any unlawful use of a controlled substance (mandatory condition). | August 9, 2024 |

*See Page 2 for Additional Violations*.

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  1932

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:

Guyton, Georgia

December 11, 2024
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 17, 2024
Date

DEFENDANT: Jeremy Nicholas Taylor
CASE NUMBER: 6:16CR00010-6

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to participate in an inpatient substance abuse treatment program for drug and alcohol abuse during the first twelve months of supervision (special condition). | September 29, 2024 |
| 3 | You failed to live at a place approved by your probation officer and failed to notify the probation officer at least 10 days before changing your living arrangements (special condition). | September 29, 2024 |
| 4 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 17, 2024 |

DEFENDANT: Jeremy Nicholas Taylor
CASE NUMBER: 6:16CR00010-6

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>10 months.</u>

- ■ The Court makes the following recommendations to the Bureau of Prisons:

- ☒ The defendant is remanded to the custody of the United States Marshal.

- ■ The defendant shall surrender to the United States Marshal for this district:
  - ■ at _____  ■ a.m.  ■ p.m.  on _____ .
  - ■ as notified by the United States Marshal.

- ■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ■ before 2 p.m. on _____ .
  - ■ as notified by the United States Marshal.
  - ■ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL